# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**BRUNSON ROBERTS**                                                                             **PETITIONER**

**v.**                                                     **4:22-cv-00229-JTK**

**DEXTER PAYNE, Director,**                                              **RESPONDENT**
**Arkansas Division of Correction**

## JUDGMENT

Roberts's petition for a writ of *habeas corpus* is dismissed with prejudice.

Dated this 4th day of December, 2024.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE